■ The People of the State of New York, Respondent, v Kian Khatibi, Appellant. [736 NYS2d 238] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered May 19, 1999, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Krausman, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.

■ The People of the State of New York, Respondent, v Arnold Kip, Appellant. [736 NYS2d 238] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered November 1, 2000, convicting him of aggravated unlicensed operation in the first degree and operating a motor vehicle while under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., S. Miller, McGinity, Schmidt and Townes, JJ., concur.